Erik McLain, Esq. (219008)
MCLAIN, P.C.
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
E-mail: EM@mclainfirm.com
Tel: (949) 623-8322

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEWAY MEDIA GROUP, LLC and<br>BRUCE LEE ENTERPRISES, LLC<br><br>                              Plaintiff(s),<br>v.<br>LAURENCE JOACHIM, TRANS-NATIONAL FILM CORPORATION, and TELEVENTURES, INC.<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:14-cv-00740-DDP-CW<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


February 21, 2014                                                                  _____
            *Date*                                                           *Signature of Attorney/Party*


NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*